UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STACI OLSON,

    Plaintiff,

v.               Case No. 15-C-942

CAROLYN COLVIN,

    Defendant.

## ORDER

  This matter having come before the Court on the parties' Joint Stipulation to an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, it is hereby ordered that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND THREE HUNDRED DOLLARS AND ZERO CENTS ($6,300.00). The award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act (EAJA). If Defendant can verify that Plaintiff does not owe any pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and her attorney.

  Dated this 5th day of May, 2016.

                /s William C. Griesbach
                William C. Griesbach, Chief Judge
                United States District Court